UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 16-CIV-20264-WILLIAMS

ADILIO CASTILLO ALVAREZ and all )
others similarly situated under 29 U.S.C. )
216(b), )
                                      Plaintiff, )
vs. )
 )
LA LOCANDA d/b/a MAX & FRANK, )
L.L.C., )
MASSIMO FORTUNATO, )
FRANCESCO CAVALLETTI, )
 )
                                  Defendants. )
_____)

## PLAINTIFF'S STATEMENT OF CLAIM

     COMES NOW Plaintiff, by and through the undersigned attorney, pursuant to the Court's Order entered on January 22, 2016 [DE 6] and, and files this Statement of Claim, and in support thereof states as follows:

**A.  Federal Overtime Wage Claim:**

   1. <u>Period Claimed</u>: January 21, 2013 through on or about January 14, 2016

        a.        <u>Weeks:</u>  155

        b.        <u>Hours (worked per week):</u>  63

        c.        <u>Overtime hours claimed per week:</u>  23

        d.        <u>Applicable half-time overtime wage:</u>  $5.00/hr

        e.        <u>Amount owed:</u>  $5.00/hr  x  23 hrs/week  x  155 weeks  =  $17,825

     <u>Liquidated Damages:</u> $17,825 x 2 =  $35,650 plus attorney's fees and costs.

Respectfully submitted this 3rd day of February, 2016.

                                                                J.H. Zidell, P.A.
300 71$_{st}$ Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865-7167
*Attorneys for Plaintiff*

s/ *Stephen M. Fox Jr*
Stephen Michael Fox Jr
Florida Bar No.: 0110359

**CERTIFICATE OF SERVICE:**

I hereby certify that a true and correct copy of the foregoing was served via this Court's CMF/ECF system to all counsel or parties of record in the Service List below on February 3, 2016.

> J.H. Zidell, P.A.
> 300 71st Street, Suite 605
> Miami Beach, Florida 33141
> Tel: (305) 865-6766
> Fax: (305) 865-7167
> *Attorneys for Plaintiff*
>
> By: /s/ *Stephen M. Fox Jr*
> Stephen Michael Fox Jr
> Florida Bar No.: 0110359

**SERVICE LIST**

William Thomas Brady, Jr
William Brady, P.A.
4000 Ponce de Leon Blvd.
Suite 800
Miami, FL 33146
305-358-7688
Fax: 786-221-2810
Email: wbrady@wbradylaw.com
*Attorney for Defendants*